UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AIR VENT, INC., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:21-CV-00229-X |
| POWERMAX ELECTRIC CO LTD GUANGDONG et al., | § § § § | |
| *Defendants.* | § | |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

Pending before the Court is Defendant King of Fans, Inc.'s unopposed Motion to Dismiss with Prejudice its Crossclaims Against Defendants Powermax Electric Co., Ltd., Guandong and DM (Asia) Limited, [Doc. 86]. After reviewing the motion, law, and evidence, the Court **GRANTS** Defendant King of Fans, Inc.'s motion, [Doc. 86]. As a result, the Court **DISMISSES WITH PREJUDICE** Defendant Air Vent, Inc.'s crossclaims against Defendants Powermax Electric Co., Ltd., Guandong and DM (Asia) Limited. It is further **ORDERED** that each party bears its own costs and attorneys' fees.

**IT IS SO ORDERED** this 6th day of September, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1