UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AIR VENT, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-00229-X |
| | § | |
| POWERMAX ELECTRIC CO LTD | § | |
| GUANGDONG et al., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

Pending before the Court is Plaintiff Air Vent, Inc.'s agreed-to Motion to Dismiss with Prejudice Defendant King of Fans, Inc., [Doc. 85]. After reviewing the motion, law, and evidence, the Court **GRANTS** Plaintiff Air Vent, Inc.'s motion, [Doc. 85]. As a result, the Court **DISMISSES WITH PREJUDICE** Plaintiff Air Vent, Inc.'s claims against Defendant King of Fans, Inc. It is further **ORDERED** that each party bears its own costs and attorneys' fees.

**IT IS SO ORDERED** this 6th day of September, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1