UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AIR VENT, INC, §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>POWERMAX ELECTRIC CO., LTD., §<br>GUANGDONG et al., §<br>§<br>*Defendants*. | Civil Action No. 3:21-CV-0229-X |

## DISMISSAL ORDER

In accordance with the Court's prior order at Doc. 138, the Court **DISMISSES WITHOUT PREJUDICE** all claims by all parties in this case. Each party will bear its own attorney fees and costs.

**IT IS SO ORDERED** this 27th day of May, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1